| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

THOMAS WARREN RAY, §
Harris County 2266003, §
§
        Plaintiff, §
§
versus §    CIVIL ACTION H-07-23
§
HARRIS COUNTY SHERIFF'S OFFICE, §
§
        Defendant. §

# Opinion on Dismissal

Thomas Warren Ray filed a civil rights complaint violations. 42 U.S.C. § 1983. He is held in the Harris County Jail. Ray moves to proceed as a pauper. 28 U.S.C. § 1915.

Ray has sued about sixteen other times in the federal district courts in California, Florida, and Texas. Four of these lawsuits were dismissed as frivolous or for failure to state a claim. *See Ray v. Does, et al.*, 2:96cv402 (M.D. Fla.); *Ray v. Tanner, et al.*, 1:95cv475 (S.D. Fla.); *Ray v. Singletary*, 1:94cv1957 (S.D. Fla.); and *Ray v. City of Key West, et al.*, 1:94cv2064 (S.D. Fla.). When Ray sued, he was confined in prison or jail. These other cases were dismissed before Ray filed this case.

A prisoner may not bring a case in federal court as a pauper if, while incarcerated, he brought three actions which were dismissed as frivolous or for failure to state a claim, unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Ray's papers do not show such danger.

This complaint will be dismissed. 28 U.S.C. § 1915(g).

Signed January 18, 2007, at Houston, Texas.

                                            Lynn N. Hughes   USDJ
                                       United States District Judge